```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

MICHAEL SAUNDERS,

                Plaintiff,

   - against -

ROYAL LEAF NY, LLC,

                Defendant.

24-cv-6175 (JGK)

<u>ORDER</u>

───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The parties are directed to discuss settlement and provide an update to the Court by **November 18, 2024.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

Dated:   New York, New York
          August 16, 2024

                                              /s/ John G. Koeltl
                                              **John G. Koeltl**
                                          **United States District Judge**