# Joseph & Norinsberg LLC
## Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

November 18, 2024

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 14A
New York, N.Y. 10007

*[Handwritten order: The time to respond to the Complaint is extended to 12/20/24. The plaintiff should serve a copy of this Order on the defendant and file proof of service by 12/2/24. So Ordered. /s/ JGKoeltl, U.S.D.J. 11/19/24]*

Re: **Michael Saunders v. Royal Leaf NY LLC, d/b/a Statis Cannabis Co.**
(No. 1:24-cv-06175 (JGK))

Dear Judge Koeltl:

    We represent Plaintiff Michael Saunders in the above-referenced Americans with Disabilities Act ("ADA") matter. Pursuant to the Court's Order, dated August 16, 2024 (Dkt. No. 5), we write now write to respectfully provide the Court with an update on the status of the case.

    By way of background, Plaintiff initiated this action by filing a Complaint on August 14, 2024. (Dkt. No. 1). On September 18, 2024, Defendant was duly served with the Summons and Complaint, along with relevant Exhibits, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure and pursuant to New York Limited Liability Company Law §303. To date, Defendant has failed to appear, answer, or otherwise respond to the Complaint, and has failed to reach out to Plaintiff's counsel.

    In light of Defendant's failure to respond, Plaintiff respectfully requests that the Court lift the stay on Defendant's time to answer (Dkt. No. 5), and compel Defendant to furnish an answer or before December 2, 2024, or otherwise risk a default judgment.

www.employeejustice.com    |    Phone: 212.227.5700    |    Fax: 212.656.1889

Case 1:24-cv-06175-JGK    Document 8    Filed 11/19/24    Page 2 of 2
Case 1:24-cv-06175-JGK    Document 7    Filed 11/18/24    Page 2 of 2

2

We thank the Court for consideration of this request.

                                      Respectfully submitted,

                         **JOSEPH & NORINSBERG, LLC**

                                      Sincerely,

Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
*Attorneys For Plaintiff*
110 East 59th Street,
Suite 2300
N.Y., N.Y. 10022
(212) 227-5700
Fax No. (212) 656-1889
jon@norinsberglaw.com
bennitta@employeejustice.com

c.c.
Recreational Plus Lev Inc.
C/O/ *Nageeb Saeidi*.
400 E 11th Street,
New York, NY 10009

East Village Shop
180 1st Avenue
New York, NY 10009
(626) 429-9336

Astoria Shop
25-74 Steinway Street
Astoria, NY 11103
(347) 730-4881