UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SAUNDERS,

            Plaintiff,

- against -

ROYAL LEAF NY LLC,

            Defendant.

24-cv-6175 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

    Pursuant to the Court's Order dated November 19, 2024, the time for the defendant to respond to the complaint was December 20, 2024. ECF No. 8. To date, the defendant has failed to respond.

    The time for the defendant to answer or respond to the complaint is extended to **January 20, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

    The plaintiffs should serve a copy of this Order on the defendant and file proof of service on the docket by **January 10, 2025.**

SO ORDERED.

Dated:    New York, New York
            December 26, 2024

                                          John G. Koeltl
                                   United States District Judge