# Joseph & Norinsberg LLC
## Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

January 10, 2025

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 14A
New York, N.Y. 10007-1312

      Re:    **Saunders v. Royal Leaf NY LLC, d/b/a Statis Cannabis Co.**
            **Case No. 1:24-cv-06175 (JGK)**
            **Declaration of Service**

Dear Judge Koeltl:

      We represent Plaintiff Michael Saunders in the above-referenced Americans with Disabilities Act ("ADA") matter. Pursuant to Your Honor's Order, dated December 26, 2024, we have served such Order upon Defendant, via USPS, LetterStream (Ex. A). To date, Defendant has still not appeared or contacted Plaintiff and as such, we intend to file a motion for Default promptly next week.

      Respectfully submitted,

      JOSEPH & NORINSBERG, LLC

      */s/ Arjeta Albani,*
      *Arjeta Albani, Esq.*
      *Attorneys For Plaintiff*
      *110 E 59th St*
      *Suite 2300*
      N.Y., N.Y. 10022
      (212) 227-5700
      Fax No. (212) 656-1889
      arjeta@employeejustice.com
      jon@norinsberglaw.com