```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

MICHAEL SAUNDERS,

            Plaintiff,

  - against -

ROYAL LEAF NY LLC,

            Defendant.

24-cv-6175 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **February 7, 2025.**

SO ORDERED.

Dated:  New York, New York
        January 22, 2025

                                    /s/ John G. Koeltl
                                   John G. Koeltl
                            United States District Judge