UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MICHAEL SAUNDERS, on behalf of himself and

Plaintiff(s),

- against -

ROYAL LEAF NY LLC, d/b/a STATIS CANNABIS

Defendant(s),

------------------------------------------------------------X

24 Civ. 06175 (JGK)

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 14, 2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) ROYAL LEAF NY LLC, d/b/a STATIS CANNABIS by personally serving Nancy Dougherty as Business Document Specialist 2 of the NYS Dept., and proof of service was therefore filed on November 18, 2024, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

February 7, 20 25

TAMMI M. HELLWIG
Clerk of Court

By: _____
Deputy Clerk

SDNY Web 3/2015