```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

MICHAEL SAUNDERS,

                     Plaintiff,

    - against -

ROYAL LEAF NY LLC,

                     Defendant.

24-cv-6175 (JGK)

ORDER

------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

On January 22, 2025, the Court directed the plaintiff to file a proposed order to show cause for a default judgment by February 7, 2025. ECF No. 12. The plaintiff requested an extension of time until February 14, 2025. ECF No. 13. The Court granted that extension of time. ECF No. 16.

The Clerk's Certificate of Default issued on **February 11, 2025.** However, since that date, no other documents have been filed in this case.

Accordingly, this case is **dismissed without prejudice** for failure to prosecute. All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:    New York, New York
           February 24, 2025

                                                        _____
                                                            John G. Koeltl
                                                     **United States District Judge**